UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR418-147 |
| | ) | |
| ALLEN GRADY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Government has moved for reciprocal discovery from defendant Allen Grady and to compel him to provide fingerprint exemplars. Docs. 375 & 468. The Court held a hearing on both motions on October 15, 2019. The parties agreed that the motion to compel had been rendered moot and the motion for reciprocal discovery was unopposed. Accordingly, the motion to compel is **DISMISSED as moot**. Doc. 468. The reciprocal discovery motion is **GRANTED**. Doc. 375. Defendant is **DIRECTED** to turn over all discovery required by Fed. R. Crim. P. 16, if any, within seven days of the date of this Order.

**SO ORDERED,** this 15th day of October, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA